(No. 5229-

H. L. ALLISON, d/b/a BEAL SUPPLY COMPANY, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed November 9, 1965.*

BRIGGLE AND THOMAS, Attorneys for Claimant.

WILLIAM G. CLARK, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

DOVE, J.

This action was instituted by claimant, H. L. Allison,

d/b/a Beal Supply Company, of Springfield, Illinois, for refund of $695.64 for Retailers Occupation Tax, which was assessed and paid by claimant on sales of commodities and supplies furnished to the Department of Public Safety, Illinois State Penitentiary, Menard, Illinois. Subsequently a stipulation was entered into by and between the attorneys for claimant and the Attorney General of the State of Illinois, representing respondent.

The stipulation sets forth the Departmental Report, which is in the following words and figures, viz:

"Memo to: Hon. James A. Ronan
     Director of Finance

"Subject: Reg. No. 612-621
     H. L. Allison
     d/b/a Beal Supply Co.
     409 ½ E. Capitol Ave.
     Springfield, Illinois

"In answer to your memorandum directed to Mr. Leo Nickelson, Supervising Tax Auditor, District No. 7, Springfield, Illinois outlined herein are the facts as indicated after an examination of the audit papers by Mr. Richard Mentel, District Administrator, Mr. Leo Nickelson, District Supervising Tax Auditor, and myself.

"The audit examination on this account was concluded by the Department's Auditor, Mr. Victor Wilkinson, on December 5, 1963. A tax deficiency of $732.79 was found at that time, and payment of the amended return was made by two (2) checks, one in the amount of $695.64, check No. 4618, dated December 5, 1963, and indicated in your file as exhibit No. 28.

"The audit papers indicate the following:

1. Total Amount of Taxable Sales .............. $17,664.73
   Tax Paid R.O.T. ...................... 644.47
   Tax Paid M.T. ........................ 88.32

     Total Tax Paid .............. $ 732.79

2. Sales to Menard Penitentiary claimed as SB 503 by Beal, and disallowed in the audit for period 8/1/61 thru 1/31/63.

Total Sales and reconciled by exhibits Nos. 1 thru 27
  Total Sales .......................... $16,426.36

  Tax Paid on this Amount R.O.T. ........ 574.92
  Tax Paid on this Amount M.T. .......... 82.13

     Total Tax Paid .............. $ 657.05

Exhibits as follows:

| Exhibit Nos. | Invoice Date | | Amount |
|---|---|---|---|
| 1 and 13 | 8/61 | | $ 655.00 |
| 2 and 14 | 12/61 | | 1,482.00 |
| 3, 15, 16, and 17 | 2/62 | $1,335.35) | |
| | | $ 380.75) | 2,553.75 |
| | | $ 837.65) | |
| 4 and 18 | 2/62 | | $ 325.00 |
| 5 and 19 | 3/62 | | 761.50 |
| 6 and 20 | 4/62 | | 941.61 |
| 7 and 21 | 4/62 | | 1,088.64 |
| 8 and 22 | 5/62 | | 1,510.00 |
| 9 and 23 | 7/62 | | 1,058.94 |
| 10 and 24 | 10/62 | | 2,957.56 |
| 11, 25, and 26 | 10/62 | 1,185.00) | |
| | 1/63 | 1,185.00) | 2,370.00 |
| 12 and 27 | 11/62 | | 722.36 |

$16,426.36

The tax rate used to compute the tax was at 3% and 3½%.

Therefore, it is our considered judgment that the total tax collected by the Department of Revenue on the items in question amounted to a total of $657.05, of which $574.92 was R.O.T. and $82.13 was Municipal Tax.

Attached is the file forwarded to Mr. Nickelson, and if the Department can be of any further service, please so advise.

/s/ CJF

Claude J. Flynn
Chief of Field Operations"

The stipulation further provided that claimant was entitled to, and the State of Illinois should refund, the said sum of $657.05.

In view of the stipulation of the parties hereto, supported by the Report of the Department of Revenue, an award is entered in favor of claimant in the sum of $657.05.